**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard E Covington,<br>Plaintiff,<br>v.<br>T. Agredano, et al.,<br>Defendants. | No. CV-25-02459-PHX-DLR (JZB)<br>**ORDER** |

Before the Court are Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 60), Defendants' Motion to Strike (Doc. 68), and United States Magistrate Judge Boyle's Report and Recommendation ("R&R") (Doc. 75).

The R&R recommends that the Court grant the motion to strike and deny Plaintiff's motion for leave to file third amended complaint. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not ... require any review at all ... of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless

reviewed the R&R and finds that it is well-taken.

The Court will accept the R&R in its entirety. See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 75) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. 60) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Third Amended Complaint (Doc. 68) is **GRANTED**. Plaintiff's proposed Third Amended Complaint (Doc. 61) shall be **STRICKEN**.

Dated this 6th day of November, 2026.

Douglas L. Rayes
United States District Judge